IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SALLY BENEDICT, Individually and on behalf of Jane Doe, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>ANSLEY PUBLIC SCHOOLS, et al.,<br><br>Defendants. | 4:19-CV-3112<br><br>JUDGMENT |

Pursuant to the parties' Joint Stipulation to Dismiss with Prejudice (filing 61), this case is dismissed with prejudice, each party to bear their own costs.

Dated this 14th day of October, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge